# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| Trustees of the Operating Engineers Pension Trusts, et. al. <br> *Plaintiff* <br> v. <br> Allen Drilling, Inc., a Nevada corporation; E & M Contracting LLC, et. al. <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  E & M Contracting LLC
c/o Randy Eldon Erickson
9305 West Regina
Las Vegas, Nevada 89149

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael A. Urban
The Urban Law Firm
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
                                                                       *Signature of Clerk or Deputy Clerk*