1  LAQUER, URBAN, CLIFFORD & HODGE, LLP
   MICHAEL A. URBAN, Nevada State Bar No. 3875
2  NATHAN R. RING, Nevada State Bar No. 12078
   EMILY Z. MANNINGER, Nevada State Bar No. 11196
3  4270 S. Decatur Blvd., Suite A-9
   Las Vegas, NV 89103
4  Telephone: (702) 968-8087
   Facsimile: (702) 968-8088
5  Electronic Mail:  murban@luch.com
                     nring@luch.com
6                    emanninger@luch.com

7  *Counsel for Plaintiffs*

8

9                       UNITED STATES DISTRICT COURT

10                             DISTRICT OF NEVADA

11 TRUSTEES OF THE OPERATING            )
   ENGINEERS PENSION TRUST; TRUSTEES    )
12 OF THE OPERATING ENGINEERS           )   CASE NO: 2:11-cv-00779-JCM-VCF
   HEALTH AND WELFARE FUND;             )
13 TRUSTEES OF THE OPERATING            )
   ENGINEERS JOURNEYMAN AND             )
14 APPRENTICE TRAINING TRUST; and       )   **JUDGMENT**
   TRUSTEES OF THE OPERATING            )
15 ENGINEERS VACATION-HOLIDAY           )
   SAVINGS TRUST,                       )
16                                      )
            Plaintiffs,                 )
17                                      )
        vs.                             )
18                                      )
   ALLEN DRILLING, INC., a Nevada       )
19 corporation; ALL TRADES CONCRETE     )
   CONSTRUCTION, INC., a Nevada         )
20 corporation; FRED ANDERSON DRILLING, )
   INC., a Nevada corporation; ARCON    )
21 FLOORING, INC., a Nevada corporation;)
   OAKVIEW CONSTRUCTION, INC., an Iowa  )
22 corporation, d/b/a ARMADA CONCRETE,  )
   LLC, a Nevada limited liability company; )
23 BADGER CONSTRUCTION, a Nevada        )
   corporation; CARRASCO CONCRETE, INC.;)
24 a Nevada corporation; CONCRETE       )
   SYSTEMS, LLC. A Nevada limited liability )
25 company; COOK BROTHERS CONCRETE,     )
   LLC, a Nevada limited liability company; C & )
26 H CONCRETE, LLC, a Nevada limited liability )
   company, d/b/a CORONADO CONCRETE,   )
27 d/b/a CORONADO CONCRETE &            )
   MASONRY; DIAMOND CONCRETE           )
28 CUTTING, L.L.C., a Nevada limited liability )

1

| | |
|---|---|
| 1 | company; E & M CONTRACTING LLC, a Nevada limited liability company; ) ) |
| 2 | HOFSOMMER EXCAVATING, INC., a Nevada corporation; INTELLECOM ) ) |
| 3 | COMMUNICATIONS, INC., a Nevada corporation; LAYNE CHRISTENSEN ) ) |
| 4 | COMPANY, a Delaware corporation: M S CONCRETE CO., INC., a Nevada corporation; ) ) |
| 5 | MARNELL MASONRY, INC., a Nevada corporation; MICHELS CORPORATION; a ) ) |
| 6 | Wisconsin corporation; MILLENIUM CONCRETE CONSTRUCTION COMPANY, ) ) |
| 7 | an Ohio corporation; NORPAC CONSTRUCTION, LLC, a Nevada limited ) ) |
| 8 | liability company; OBAYASHI CONSTRUCTION CORPORATION, a ) ) |
| 9 | Japanese corporation; OLSEN & LEONARD CONSTRUCTION, INC., a Nevada ) ) |
| 10 | corporation; THE PENTA BUILDING GROUP, INC., a Nevada corporation; ) ) |
| 11 | PRECISION CONCRETE, a Nevada corporation; PULTE BUILDING SYSTEMS, ) ) |
| 12 | L.L.C., a Nevada limited liability company; SILVER STATE PETROLEUM SERVICES, ) ) |
| 13 | INC., a Nevada corporation; SONORA SUN CORPORATION, a Nevada corporation; ) ) |
| 14 | STONE AGE CONCRETE, LLC, a Nevada limited liability company; STAMPCO ) ) |
| 15 | CONCRETE, INC., a Nevada corporation; THOR CONSTRUCTION, INC., a Minnesota ) ) |
| 16 | corporation; and WGDL, INC., a Nevada corporation, ) ) |
| 17 | ) |
| | Defendants. ) |
| 18 | ) |
| 19 | _____ ) |

20  Pursuant to this Court's grant of Default Judgment to the Plaintiffs, TRUSTEES OF THE
21  OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS
22  HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS
23  JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING
24  ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, against certain named Defendants, **IT**
25  **IS HEREBY ORDERED ADJUDGED AND DECREED THAT:**
26      1. Plaintiffs shall recover from each of the following twelve Defendants the following
27  amounts, which include unpaid contributions, liquidated damages, attorney's fees and costs, and
28  prejudgment interest:

| | | |
|---|---|---|
| | a) | **All Trades Concrete Construction, Inc.**: $4,558.61. |
| | b) | **Badger Construction**: $483.81. |
| | c) | **Carrasco Concrete, Inc.**: $12,133.84. |
| | d) | **Cook Brothers Concrete, LLC**: $453.06. |
| | e) | **Hofsommer Excavating, Inc.**: $479.91. |
| | f) | **Intellecom Communications, Inc.**: $142.33. |
| | g) | **M S Concrete, Inc.**: $4,580.40. |
| | h) | **Olsen & Leonard Construction, Inc.**: $1,904.78. |
| | i) | **SJA, Inc. d/b/a Anderson Drilling**: $6,390.00. |
| | j) | **Sonora Sun Corporation**: $603.14. |
| | k) | **Stampco Concrete, Inc.**: $5,211.50. |
| | l) | **Stone Age Concrete, LLC**: $802.66. |

2. Plaintiffs also shall recover from these Defendants, post-judgment interest at the highest rate allowed by law, until such time as the entire amount of the judgment, against each of these Defendants, with any accrued interest is paid to the Plaintiffs.

DATED this 27 day of October, 2011.

_____
United States District Judge

Submitted by:

LAQUER, URBAN, CLIFFORD & HODGE, LLP

_____
NATHAN R. RING, Nevada State Bar No. 12078
*Counsel for Plaintiffs*