1   **LAQUER, URBAN, CLIFFORD & HODGE, LLP**
    MICHAEL A. URBAN, Nevada State Bar No. 3875
2   NATHAN R. RING, Nevada State Bar No. 12078
    EMILY Z. MANNINGER, Nevada State Bar No. 11196
3   4270 S. Decatur Blvd., Suite A-9
    Las Vegas, NV 89103
4   Telephone: (702) 968-8087
    Facsimile: (702) 968-8088
5   Electronic Mail: urban@luch.com, ring@luch.com
                      manninger@luch.com
6   *Counsel for Plaintiffs*

7

8                  **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10  TRUSTEES OF THE OPERATING
    ENGINEERS PENSION TRUST;
11  TRUSTEES OF THE OPERATING          CASE NO: 2:11-cv-00779-JCM-VCF
    ENGINEERS HEALTH AND WELFARE
12  FUND; TRUSTEES OF THE OPERATING
    ENGINEERS JOURNEYMAN AND
13  APPRENTICE TRAINING TRUST; and     **STIPULATION FOR DISMISSAL OF**
    TRUSTEES OF THE OPERATING          **DEFENDANT C&H CONCRETE, LLC**
14  ENGINEERS VACATION-HOLIDAY         **d/b/a CORONADO CONCRETE d/b/a**
    SAVINGS TRUST,                     **CORONADO CONCRETE &**
15                                     **MASONRY AND ORDER THEREON**
                  Plaintiffs,
16
           vs.
17
    ALLEN DRILLING, INC., a Nevada
18  corporation; et. al.

19                Defendants.

20

21      **IT IS HEREBY STIPULATED AND AGREED** by and among Plaintiffs, TRUSTEES

22  OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING

23  ENGINEERS HEALTH & WELFARE FUND; TRUSTEES OF THE OPERATING

24  ENGINEERS JOURNEYMAN & APPRENTICE TRAINING TRUST; and TRUSTEES OF

25  THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and Defendant

26  C&H CONCRETE, LLC d/b/a CORONADO CONCRETE d/b/a CORONADO CONCRETE &

27  MASONRY, a Nevada limited-liability company, through their respective attorneys of record

28

                                    1

1  and subject to the approval of the Court, that this action in its entirety, be dismissed with

2  prejudice.  The reason for this stipulation is that the parties have settled their disputes.

3  Dated: January 5th, 2012                    **LAQUER, URBAN, CLIFFORD & HODGE, LLP**

4

5                                              NATHAN R. RING, Nevada State Bar No. 12078
                                               Counsel for Plaintiffs

6

7  Dated: January 5, 2012                      **SHUMWAY VAN & HANSEN**

8

9                                              ROBERT A. RYAN, Nevada State Bar No. 12084
10                                             Counsel for Defendant C& H Concrete, LLC d/b/a
                                               Coronado Concrete d/b/a Coronado Concrete &
11                                             Masonry

12

13                              **ORDER**

14      **IT IS HEREBY ORDERED** that this action is dismissed with prejudice.

15
       DATED:_____January 6, 2012_____     _____
16                                                UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

                                    2