**LAQUER, URBAN, CLIFFORD & HODGE, LLP**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
JACQUELINE L. SUGARMAN, Nevada State Bar No. 11229
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: urban@luch.com, ring@luch.com
                sugarman@luch.com
*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLEN DRILLING, INC., a Nevada corporation; et. al.<br><br>Defendants. | CASE NO: 2:11-cv-00779-JCM-VCF<br><br>**ORDER FOR JUDGMENT DEBTOR EXAMINATION OF CESAR CARRASCO, OFFICER OF JUDGMENT DEBTOR, CARRASCO CONCRETE, INC.** |

Having considered Plaintiffs' Application for Judgment Debtor Examination of Cesar Carrasco, Officer of Judgment Debtor, Carrasco Concrete, Inc., and the Declaration of Nathan R. Ring and good cause appearing,

~~IT IS HEREBY ORDERED that Defendant/Judgment Debtor Carrasco Concrete, Inc. appear through its officer Cesar Carrasco in Courtroom _____ at the United States Courthouse for the District of Nevada, located at 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101, on the _____ day of _____, 2013 at ____:_____.m. to be sworn in for a Judgment Debtor Examination,~~

1

**IT IS FURTHER ORDERED** that Cesar Carrasco, Officer of Judgment Debtor Badger Construction, appear at the offices of Laquer, Urban, Clifford & Hodge, LLP located at 4270 S. Decatur Blvd., Suite A-9, Las Vegas, Nevada, on the 5th day of August, 2013, at 9:00 a.m., and answer concerning property subject to the ownership and control of Carrasco Concrete, Inc. (hereinafter "the Company").

**IT IS FURTHER ORDERED** that Cesar Carrasco and/or the Company shall produce at the offices of Laquer, Urban, Clifford & Hodge, LLP located at 4270 S. Decatur Blvd., Suite A-9, Las Vegas, Nevada, all of the following documents and things under his control, the Company's control, or under control of its agents for inspection and copying no less than **two (2) weeks prior** to the Judgment Debtor Examination:

1. All financial statements, including supporting schedules, compiled, reviewed, or audited for, on behalf of, or in connection with the Company from January 1, 2011, to the present.

2. All original monthly bank statements of the Company from January 1, 2011, to the present.

3. All original savings accounts pass books, certificates of deposit, and trust certificates in the name of the Company from January 1, 2011, to the present.

4. All original negotiable instruments and negotiable securities in the name of the Company from January 1, 2011, to the present.

5. All evidence or other memoranda of any ownership interest of the Company in any other corporation, partnership, unincorporated association or any business organized or conducted for the production of income from January 1, 2011, to the present.

6. All evidence or other memoranda of any income received by the Company from January 1, 2011, to the present, to include but not limited to tax returns, insurance proceeds, or repayment of loans.

7. All evidence or other memoranda of any employer, or place of work or employment of the Company from January 1, 2011, to the present, including but not limited to contracts, invoices, billings, vouchers or payments.

8. All evidence of any ownership interest of the Company to include but not limited to, bills of sale, pink slips or any other record or title, in any motor vehicle, airplane, boat, equipment or machinery, from January 1, 2011, to the present.

9. All evidence of any debts or repayments owed by the Company, to include but not limited to, those arising from loans or judgments from January 1, 2011, to the present.

10. Any and all evidence or other memoranda indicating that the Company was either a plaintiff or a defendant in any lawsuit from January 1, 2011, to the present.

11. Any and all evidence or memoranda indicating that the Company received any judgment, award, bequest or devise in any lawsuit or other court action from January 1, 2011, to the present.

12. Any and all evidence or memoranda indicating any ownership interest of the Company in any patent, invention, trade name, or copyright.

13. Any and all evidence or memoranda indicating an ownership interest of the Company in any real property or developments on real property.

14. Any and all evidence of the sale(s) of any real or personal property of the Company from January 1, 2011, to the present.

15. Any and all loan applications filled out by the Company since January 1, 2011.

16. Copies of all documents evidencing the sale or transfer of any assets of the Company from January 1, 2011, to the present.

17. Any and all documents evidencing any federal or State tax liability of the Company from January 1, 2011 to the present.

18. Original cash disbursement journals and/or check registers maintained in connection with the Company from January 1, 2011, to the present.

19. All federal income tax returns, including all supporting schedules prepared or filed for, or on behalf of, the Company for the year 2010 to the present.

20. All daily job logs, diaries or foreman reports of the Company from January 1, 2011, to the present.

21. All daily job tickets or invoices of the Company from January 1, 2011, to the present.

///

22. All accounts receivable reports for the Company for the period of January 1, 2011, to the present.

23. All canceled checks drawn on any account established in the name of the Company from January 1, 2011, to the present.

### NOTICE TO JUDGMENT DEBTOR

**IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITORS IN THIS PROCEEDING.**

Dated this 2nd of July, 2013

_____
UNITED STATES MAGISTRATE JUDGE

Submitted By:

**LAQUER, URBAN, CLIFFORD & HODGE, LLP**

_____
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd. Suite A-9
Las Vegas, NV 89103
(702) 968-8087
*Counsel for Plaintiffs*