# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINERS PENSION TRUST; *et al.*, | |
| Plaintiffs, | 2:11-cv-00779-JCM-VCF |
| vs. | **MINUTE ORDER** |
| ALLEN DRILLING, INC., | |
| Defendant. | |

Before the Court is the Notice of Pending Settlement and Request to Remove Status Conference (ECF No. 123).

Accordingly,

IT IS HEREBY ORDERED that the hearing scheduled for 4:00 p.m., August 3, 2016 is VACATED.

DATED this 1st day of August, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE